AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:15−cv−12819−JEL−APP
Hon. Judith E. Levy

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Keith West

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

| English | Customer Service | USPS Mobile | Register / Sign In |

# USPS.COM®

## USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9505511455385337190328

**On Time**
**Expected Delivery Day:** Monday, December 7, 2015

### Product & Tracking Information

**Postal Product:**        **Features:**
Priority Mail 2-Day™       Insured         USPS Tracking™

### Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 7, 2015 , 1:37 pm | Delivered, Front Door/Porch | HIGHLAND, MI 48357 |
| Your item was delivered at the front door or porch at 1:37 pm on December 7, 2015 in HIGHLAND, MI 48357. | | |
| December 7, 2015 , 8:29 am | Out for Delivery | HIGHLAND, MI 48357 |
| December 7, 2015 , 8:19 am | Sorting Complete | HIGHLAND, MI 48357 |
| December 6, 2015 , 7:30 am | Arrived at Hub | HIGHLAND, MI 48356 |
| December 5, 2015 , 8:03 am | Arrived at USPS Destination Facility | ALLEN PARK, MI 48101 |
| December 3, 2015 , 8:25 pm | Arrived at USPS Origin Facility | CAPITOL HEIGHTS, MD 20790 |
| December 3, 2015 , 5:18 pm | Departed Post Office | WASHINGTON, DC 20002 |
| December 3, 2015 , 9:09 am | Acceptance | WASHINGTON, DC 20002 |

### Track Another Package

Tracking (or receipt) number

| 9505511455385337190328, | Track It |

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| English | Customer Service | USPS Mobile | | Register / Sign In |

**USPS.COM**

# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9505511455385337190335

**Updated Delivery Day:** Tuesday, December 8, 2015

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Insured           USPS Tracking™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 7, 2015 , 2:47 pm | Delivered, In/At Mailbox | WEST BLOOMFIELD, MI 48323 |
| | Your item was delivered in or at the mailbox at 2:47 pm on December 7, 2015 in WEST BLOOMFIELD, MI 48323. | |
| December 7, 2015 , 12:24 pm | Out for Delivery | WEST BLOOMFIELD, MI 48323 |
| December 7, 2015 , 12:14 pm | Sorting Complete | WEST BLOOMFIELD, MI 48323 |
| December 7, 2015 , 9:58 am | Arrived at Post Office | WEST BLOOMFIELD, MI 48322 |
| December 4, 2015 , 1:53 am | Departed USPS Facility | CAPITOL HEIGHTS, MD 20790 |
| December 3, 2015 , 8:30 pm | Arrived at USPS Origin Facility | CAPITOL HEIGHTS, MD 20790 |
| December 3, 2015 , 5:18 pm | Departed Post Office | WASHINGTON, DC 20002 |
| December 3, 2015 , 9:09 am | Acceptance | WASHINGTON, DC 20002 |

## Track Another Package

**Tracking (or receipt) number**

[ 9505511455385337190335 ]   **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

